COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| THE SHOOTING RANCH, LLC, | § | |
| JAMES STINSON, AND | | No. 08-16-00199-CV |
| TURNERSVILLE WILLIAMSON, | § | |
| LLC, | | Appeal from the |
| | § | |
| Appellants, | | 345th District Court |
| | § | |
| V. | | of Travis County, Texas |
| | § | |
| JOHN GRAY, KARLA GRAY, J&K | | (TC# D-1-GN-14-000082) |
| UTILITY SERVICES, LLC, AND THE | § | |
| CITY OF CREEDMOOR, | | |
| | § | |
| Appellees. | | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Appellants' motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. Costs of appeal are taxed against Appellants. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF SEPTEMBER, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.